## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
|  | ) |
| v. | )     **CRIMINAL ACTION** |
|  | )     **NO. 06-40041-FDS** |
|  | ) |
|  | ) |
| BONNIE SHARRIT, | ) |
|      Defendant, | ) |
|  | ) |

## ORDER TO RELEASE
### April 2, 2009

**HILLMAN, M.J.**

### Nature of the Case

The Defendant is charged with false impersonation, in violation of 18 U.S.C. § 912 and

wire fraud, in violation of 18 U.S.C. § 1343.

### Nature of the Proceeding

This Order addresses Defendant's Motion For Release Following Hospitalization (Docket

No. 73).

### Background

I previously ordered that Ms. Sharrit undergo an out-patient mental competency exam.

Based on the results of that examination, I found that Ms. Sharrit was incompetent to stand trial

and ordered that she be committed to the custody of the Attorney General in accordance with 18

U.S.C. §4241(d) for a determination of whether "there is a substantial probability that in the

foreseeable future she will attain the capacity to permit the trial to proceed." *Id.*

The evaluation has been completed and Ms. Sharrit is set to be released on April 3, 2009.

The hospital has indicated to Ms. Sharrit that upon Court approval, she may be released to the

custody of her husband to return home. Accordingly, Ms. Sharrit has filed a motion requesting

that upon discharge from the hospital, she may be released into the company of her husband,

Edward Sharrit, for transport back to their home in Orlando, Florida, pending further hearings on

this matter.

### Discussion

Upon discharge, Ms. Sharrit may be released to her husband, Edward Sharrit for transport

to their home in Orlando, Florida, such transport to be at the Sharrits' sole expense. Upon

discharge, Ms. Sharrit shall be subject to the same terms and conditions as previously set by this

Court.

### Conclusion

Defendant's Motion For Release Following Hospitalization (Docket No. 73) is granted,

as provided in this Order.

/S/ Timothy S. Hillman

TIMOTHY S. HILLMAN
MAGISTRATE JUDGE